JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN LAZZARO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUIDANCE SOFTWARE, INC., ROBERT VAN SCHOONENBERG, REYNOLDS C. BISH, MAX CARNECCHIA, JOHN COLBERT, PATRICK DENNIS, MICHAEL MCCONNELL, WADE W. LOO, OPEN TEXT CORPORATION, and GALILEO ACQUISITION SUB INC.,<br><br>Defendants. | Case No. 2:17-cv-06035-CAS-JEM<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Judge: Hon. Christine A. Snyder |

Having considered the stipulation concerning the dismissal of the above-captioned case ("Action") submitted by Plaintiff Bryan Lazzaro and Defendants Guidance Software, Inc., Robert Van Schoonenberg, Reynolds C. Bish, Max Carnecchia, John Colbert, Patrick Dennis, Michael Mcconnell, and Wade W. Loo by and through their respective counsel of record, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Action shall be dismissed and all claims asserted therein are dismissed with prejudice as to Plaintiff only. All claims on behalf of the putative class shall be dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's forthcoming Fee Application, if such Fee Application becomes necessary.

4. This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Application, which includes Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7. If the parties reach an agreement concerning the Fee Application, they will notify the Court. Upon such notification, the Court will close the Action.

**IT IS SO ORDERED.**

Dated: September 20, 2017

_____
Honorable Christina A. Snyder
United States District Court Judge